UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EMILY NORTON,<br><br>                Plaintiff,<br><br>      v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation doing business in Washington,<br><br>                Defendant. | No.   2:19-CV-00003-SMJ<br><br>**ORDER DISMISSING CASE** |

On January 9, 2019, the parties filed a stipulated dismissal, ECF No. 4. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(1), **IT IS HEREBY ORDERED**:

**1.** The parties' stipulated dismissal, **ECF No. 4**, is **ACKNOWLEDGED**.

**2.** All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

**3.** The Clerk's Office is directed to **CLOSE** this file.

ORDER DISMISSING CASE **-** 1

1    **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and

2    provide copies to all counsel.

3    **DATED** this 9th day of January 2019.

         _____
         SALVADOR MENDOZA, JR.
         United States District Judge

ORDER DISMISSING CASE **-** 2